COHEN DOWD QUIGLEY
The Camelback Esplanade One
2425 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
Telephone 602•252•8400

Daniel E. Durchslag (017213)
Email: ddurchslag@CDQlaw.com
Gabriel R. Aragon (024649)
Email: garagon@CDQlaw.com
  Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| SPINNAKER HOLDINGS, LLC, a Texas Limited Liability Company, SYNERGY ENVIRONMENTAL, LLC, an Arizona Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF PHOENIX, a political subdivision of the State of Arizona, et al.<br><br>Defendants. | Case No: 2:16-cv-04448-DAE-BGM<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>(Assigned to the Honorable David A. Ezra) |

Plaintiffs Spinnaker Holdings, LLC and Synergy Environmental, LLC (collectively, "Plaintiffs") provide notice in the above-captioned matter that they voluntarily dismiss all claims asserted in their Complaint (Doc. 1) against the following defendants without prejudice: (1) Air Liquide America Specialty Gases, LLC, (2) Alcoa Inc., (3) City of Phoenix, (4) Corning Incorporated, (5) Freescale Semiconductor, Inc., (6) Honeywell International Inc., (7) Maricopa County, (8) Meritor, Inc., (9) Nucor Corporation, (10) Reynolds Metals Company, (11) Salt River Project Agricultural Improvement and Power District, (12) Textron, Inc., (13) Union Pacific Railroad Company, (14) The United States Department of Energy, and (15) Univar USA Inc. (collectively, the "Dismissed Defendants").

Plaintiffs' voluntary dismissal of the Dismissed Defendants specified above is pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) as the Dismissed Defendants have not yet filed answers or motions for summary judgment in this matter.  Plaintiffs originally filed this action purely in an abundance of caution to ensure their ability to pursue cost recovery was not prejudiced following (and in case of any contrary interpretation of) an Order of the Court (Doc. 1366) in a related action, captioned *Roosevelt Irrigation District v. Salt River Project Improvement and Power District et al.*, No. 2:10-CV-00290 DAE-BGM ("the RID Action"), where the Court entered findings bearing on who the proper parties are to seek recovery of response costs incurred and/or to be incurred in that CERCLA action brought by RID, including certain costs incurred by Plaintiffs.  Since then, the activities of the various party-defendants in this action, the RID Action and related litigation captioned *Gallagher & Kennedy, P.A. v. City of Phoenix et. al.*, No. 2:16-CV-04447-DAE-BGM ("the G&K Action"), including as most recently confirmed by the Dismissed Defendants in their motions to dismiss Plaintiffs' claims in this action for lack of subject matter jurisdiction, demonstrate that there is no dispute that Plaintiffs' costs are properly sought through either the RID Action and/or the G&K Action.  For these reasons, Plaintiffs hereby dismiss the Dismissed Defendants from this action without prejudice.

This Notice does not apply to any other parties or claims asserted in this action.

RESPECTFULLY SUBMITTED this 19th day of March, 2018.

> COHEN DOWD QUIGLEY
> The Camelback Esplanade One
> 2425 East Camelback Road, Suite 1100
> Phoenix, Arizona  85016
>   Attorneys for Plaintiffs
>
>
> By:  */s/  Gabriel R. Aragon*
>        Daniel E. Durchslag
>        Gabriel R. Aragon

2

**CERTIFICATE OF SERVICE**

  I hereby certify that, on March 19th, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants who have appeared in this matter.

        */s/ Gabriel R. Aragon*

3