```
COHEN DOWD QUIGLEY
The Camelback Esplanade One
2425 East Camelback Road, Suite 1100
Phoenix, Arizona  85016
Telephone 602•252•8400

Daniel E. Durchslag (017213)
Email: ddurchslag@CDQlaw.com
Gabriel R. Aragon (024649)
Email:  garagon@CDQlaw.com
    Attorneys for Plaintiffs
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| SPINNAKER HOLDINGS, LLC, a Texas Limited Liability Company, SYNERGY ENVIRONMENTAL, LLC, an Arizona Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF PHOENIX, a political subdivision of the State of Arizona, et al.<br><br>Defendants. | Case No:  2:16-cv-04448-DAE-BGM<br><br>**SPINNAKER HOLDINGS, LLC AND SYNERGY ENVIRONMENTAL, LLC'S REPORT AS TO STATUS OF THIS ACTION**<br><br>(Assigned to the Honorable David A. Ezra) |

Plaintiffs Spinnaker Holdings, LLC and Synergy Environmental, LLC (collectively, "Plaintiffs") provide this Report to advise the Court as to the status of this action in light of the recent dismissal requests.  Specifically, Plaintiffs hereby notify the Court that every defendant named in this action has either: (1) already been dismissed by voluntary notice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) or (2) is the subject of pending Stipulations for Dismissal pursuant to Fed. R. Civ. P. (a)(1)(A)(ii).  Those five specific defendants that are the subjects of Plaintiffs' pending Stipulations for Dismissal are:  Milum Textile Services Co., Dolphin Incorporated, Arizona Public Service Company, ITT LLC and Prudential Overall Supply.

Respectfully, subject to the Court entering the stipulated Orders for dismissal as to the five named defendants referenced above, all defendants named in this action will have been dismissed and this action can be accordingly concluded and removed from the Court's case docket.  If the Court desires a more general motion and order to remove this action from the Court's calendar given all of the requested dismissals, Plaintiffs will promptly file those documents with the Court.

RESPECTFULLY SUBMITTED this 16th day of April, 2018.

COHEN DOWD QUIGLEY  
The Camelback Esplanade One  
2425 East Camelback Road, Suite 1100  
Phoenix, Arizona  85016  
Attorneys for Plaintiffs

By: /s/  Gabriel R. Aragon  
Daniel E. Durchslag  
Gabriel R. Aragon

2

## **CERTIFICATE OF SERVICE**

I hereby certify that, on April 16, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants who have appeared in this matter.

*/s/ Marci Kramer*