DISTRICT JUDGE'S CIVIL MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – PHOENIX

U.S. District Judge: David A. Ezra                    Date: April 17, 2018

Case Number: CV-10-00290-PHX-DAE (BGM);
CV-16-04447-PHX-DAE (BGM); CV-16-04448-PHX-DAE (BGM)

Roosevelt Irrigation Dist. v. Salt River Project Agricultural Improvement & Power District et al
Gallagher & Kennedy PA v. Phoenix, City of et al
Spinnaker Holdings LLC et al v. Phoenix, City of et al

| APPEARANCES: | Counsel | Parties |
|---|---|---|
| | William Fleming King | Roosevelt Irrigation District |
| | Michael K. Kennedy | Gallagher & Kennedy PA |
| | Christopher David Thomas | City of Phoenix |
| | Gabriel Robert Aragon | Spinnaker Holdings LLC, et al |
| | C. Scott Spear | U.S. Department of Energy; U.S. Department of Justice |
| | *(See attached for additional appearances)* | |

**STATUS CONFERENCE:**

9:38 a.m. This is the time set for Status Conference.

Discussion held regarding the status of Roosevelt Irrigation District v. Salt River Project Agricultural Improvement and Power District, et al (CV-10-00290-PHX-DAE (BGM)).

Mr. King advises the Court that the case has settled in its entirety. Mr. Spear directs the Court as to the terms of the settlement. The settlement does not include a provision for retention of jurisdiction.

The Court will approve the settlement. Orders to issue.

The Court turns to the matter of Spinnaker Holdings LLC et al v. Phoenix, City of et al (CV-16-04448-PHX-DAE (BGM)).

Mr. Aragon advises the Court that the matter has been settled and once the Court enters orders on pending stipulations, all defendants will have been dismissed and the case shall be closed.

The Court will grant the pending stipulations. Orders to issue.

Discussion held regarding the matter of Gallagher & Kennedy PA v. Phoenix, City of et al (CV-16-04447-PHX-DAE (BGM)).

Mr. Kennedy informs the Court that mediation attempts have been unsuccessful. Further discussion held.

| | |
|---|---|
| CV-10-00290-PHX-DAE (BGM); CV-16-04447-PHX-DAE (BGM); CV-16-04448-PHX-DAE (BGM) | **April 17, 2018** |
| **Roosevelt Irrigation District v. Salt River Project Agricultural Improvement and Power District et al; Gallagher & Kennedy PA v. Phoenix, City of et al; Spinnaker Holdings LLC et al v. Phoenix, City of et al** | Page 2 of 2 |

The Court advises the parties that while hearings on pending motions will not be held until the third or fourth quarter of this year, a status conference will be set sooner and include collaboration with Judge Macdonald to establish the case schedule for trial and examine pending motions for duplication and possible consolidation.  Notice setting status conference will issue.

10:07 a.m. Court adjourned.

Deputy Clerk: Rebekka Walder  
Court Reporter: Patricia Lyons

SC: 29 minutes  
Start:  9:38 AM  
Stop:   10:07 AM